UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA HIGHER EDUCATION | ) | |
| ASSISTANCE AGENCY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:05-CV-0718 CEJ |
| | ) | |
| SHERI D. WAHLEN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with plaintiff's voluntary dismissal of the complaint, pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** that this action is **dismissed without prejudice**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2006.